ROSE RIVELLO AND CARMAN RIVELLO, PLAINTIFFS, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT, DEFENDANT.

Submitted October term, 1929—Decided May 27, 1930.

Before Justices TRENCHARD, LLOYD and CASE.

For the rule, *Henry H. Fryling* (*William F. Vosseller,* on the brief).

*Contra, Burlew & Currie*

PER CURIAM.

Plaintiff Rose Rivello was injured by falling into a ditch while she was alighting from one of defendant's cars.

The rule to show cause goes only to the alleged excessive amount of the verdict, which was $2,500 for Rose Rivello and $200 for her husband, Carman Rivello.

It is of no avail to discuss the injuries in detail. Sufficient to say that our examination of the record leads us to the conclusion that the award to the husband was not so exorbitant as to be disturbed; but that the amount awarded to Rose Rivello is excessive and should be reduced to $1,500. If the last named plaintiff will remit the excess of damages over the amount named, the rule will be discharged; if not, the verdict as to the damages awarded her will be set aside and a new trial awarded as to such damages; the verdicts standing good in all other respects.